AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>Cuauhtemoc Cervantes Samaniego<br><br>_____<br>Defendant | )<br>)  Case No.  mJ-22-73-m-KLD<br>)  ~~MCR-19- -M-KLD~~<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Cuauhtemoc Cervantes Samaniego ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 841(a)(1) - possession with intent to distribute fentanyl
18 U.S.C. 846 - conspiracy to distribute fentanyl

Date:  Oct 6, 2022

_____
Issuing officer's signature

City and state:  Missoula, MT

Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/6/2022 , and the person was arrested on *(date)* 10/6/2022
at *(city and state)*  Missoula, MT .

Date: 10/6/2022

_____
Arresting officer's signature

Troy Capser SA/HSI
*Printed name and title*